# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

URIKA RAMSEUR,

       Plaintiff,

                                                      Case No. 06-14317

v.                                                     Hon. Gerald E. Rosen

ABN AMRO MORTGAGE GROUP, INC.,

       Defendant.

_____/

## ORDER OF DISMISSAL UNDER 28 U.S.C. § 1915(e)(2)(B)

                At a session of said Court, held in
             the U.S. Courthouse, Detroit, Michigan
             on   January 30, 2008

             PRESENT:  Honorable Gerald E. Rosen
                                United States District Judge

In her *pro se* complaint in this case, Plaintiff Urika Ramseur has alleged that she is one of some 28,000 victims of a fraud purportedly perpetrated by Defendant ABN AMRO Mortgage Group, Inc. Accompanying Plaintiff's complaint was an application to proceed *in forma pauperis,* which the Court has now granted. Having reviewed the allegations of Plaintiff's now-filed complaint, the Court finds that this suit must be dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

Under § 1915(e)(2)(B)(ii), upon permitting a plaintiff to proceed *in forma pauperis,* the Court nevertheless may "dismiss the case at any time if the court determines

that . . . the action . . . fails to state a claim on which relief may be granted." In this case, Plaintiff's complaint fails to suggest any basis for the Court to exercise subject matter jurisdiction over this action. The complaint does not identify any claims arising under federal law. Rather, from the accompanying cover sheet, it appears that Plaintiff appeals solely to diversity of citizenship. Yet, the complaint includes no allegations regarding Defendant's citizenship, and Plaintiff has asserted in a subsequent motion that Defendant is headquartered in Troy, Michigan. Under these circumstances, the Court finds that it lacks subject matter jurisdiction over this suit.

For these reasons,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii).

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: January 30, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 30, 2008, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager